*Beatrice Rosenberg* and *Kirby W. Patterson* for the United States in opposition. 

No. 208. CONNALLY ET AL., EXECUTORS, *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *Gene M. Woodfin* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade, Willard W. Gatchell, Howard E. Wahrenbrock* and *C. Louis Knight* for respondent. 

No. 259. UNITED STATES *v.* COBLENTZ ET AL. Court of Appeals of New York. Certiorari denied. *Solicitor General Rankin, Acting Assistant Attorney General Heffron, A. F. Prescott* and *James P. Turner* for the United States. *Alfred D. Jahr* for Coblentz, and *W. Randolph Montgomery* and *Lester Nelson* for New York University, respondents. 

No. 322. AMERICAN-FOREIGN STEAMSHIP CORP. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Arthur M. Becker* and *Gerald B. Greenwald* for petitioner. *Solicitor General Rankin* for the United States. 

No. 323. HUNT OIL CO. *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *Robert E. May* and *Omar L. Crook* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade, Willard W. Gatchell, Howard E. Wahrenbrock* and *Peter H. Schiff* for respondent.